# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MATTHEW AND JONNA AUDINO and DANIEL OGLES JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant. | Case No. 4:16-cv-00631-SMR-HCA |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
## <u>CLASS SETTLEMENT</u>

Plaintiffs Matthew and Jonna Audino and Daniel Ogles, Jr., on behalf of themselves and all others similarly situated, move the Court for an Order granting final approval of a settlement of a class action under Fed. R. Civ. P. 23. On July 5, 2018, the Court granted preliminary approval and authorized notice to be sent to class members. (Dkt. 91).

The parties' settlement satisfies the requirements of Rule 23(e) because it is fair and reasonable and provides adequate compensation to the class members for their claims based on the merits and circumstances of the case. Court-authorized notice was timely sent to class members, and their response was overwhelmingly positive. After sending out the settlement notice, only seventeen (17) class members properly and timely opted-out (0.0046%) pursuant to the terms of the notice, and no class members objected.

WHEREFORE, for the reasons set out in the accompanying memorandum in support of this Motion, Plaintiffs request the Court to finally approve the settlement reached by the parties, enter the proposed order, and provide any further relief deemed just and necessary.

Dated:  October 22, 2018

Ward A. (Sam) Rouse (AT 0006841)
Rouse Law, PC
4940 Pleasant Street
West Des Moines, Iowa 50266
Phone: (515) 223-9000
Email:  wardrouse@rouselaw.us

Eric H. Gibbs (*Pro Hac Vice*)
Michael Schrag (*Pro Hac Vice*)
**Gibbs Law Group LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Phone: (510) 350-9714
Email : ehg@classlawgroup.com
Email : mls@classlawgroup.com

Respectfully submitted,

By: */s/ Richard M. Paul III*
Richard M. Paul III (Lead Counsel)
*(Pro Hac Vice)*
Ashlea G. Schwarz *(Pro Hac Vice)*
**PAUL LLP**
601 Walnut Street Suite 300
Kansas City, Missouri 64106
Phone: (816) 984-8100
Email: Rick@PaulLLP.com
Email: Ashlea@PaulLLP.com

## CERTIFICATE OF SERVICE

I certify that on October 22, 2018, a true and correct copy of the foregoing document was filed through the Court's ECF filing system which sent notice to all attorneys of record.

*/s/ Richard M. Paul III*