UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Matthew Audino
Jonna Audino
Daniel Ogles, Jr.
Individually and on behalf of all others
similarly situated

      Plaintiff

v

JPMorgan Chase Bank, N.A.

      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:16-CV-631

⊙ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Released Claims of all Settlement Class Members, and the Released Claims in the Action are hereby dismissed in their entirety with prejudice and without costs. All claims in the Action are dismissed, and the case shall be closed. Nothing herein is intended to waive or prejudice the rights of Class Members who have timely excluded themselves from the Class Action.

The Court finds that an award of $3,141,600 in attorney's fees and $29,153.83 in expenses is fair and reasonable, and the Court approves of Class Counsel attorney's fees and expenses in these amounts.

The Court finds that a service award for Matthew Audino, Jonna Audino, and Daniel Ogles, Jr. in the amount of $5000 each is fair and reasonable, and the Court approves of the service award in this amount. The Court directs the Settlement Administrator to disburse this amount to Mr. Audino, Ms. Audino, and Mr. Ogles as provided in the Settlement Agreement.

Date: November 19, 2018

CLERK, U.S. DISTRICT COURT

/s/ S.Gates
By: Deputy Clerk